UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MARIA E. JUAN, and
ADA I. OYOLA

    Plaintiffs,

v.

WINDHAM PROFESSIONALS, INC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, MARIA E. JUAN, ("Juan") is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Plaintiff, ADA I. OYOLA, ("Oyola") is a natural person, and citizen of the State of Florida, residing in Volusia County, Florida.

1

5. Defendant, WINDHAM PROFESSIONALS, INC., ("WINDHAM") is a corporation organized under the laws of the Massachusetts and citizen of the State of Massachusetts with its principal place of business at 380 Main Street, Salem, New Hampshire 03079.

6. Defendant is registered with the Florida Department of State Division of Corporations as a foreign corporation. Its registered agent for service of process is the Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA and the FCCPA.

## FACTUAL ALLEGATIONS

10. Defendant repeated left pre-recorded telephone messages on Juan's voice mail on her home telephone in Broward County, Florida, seeking to collect a debt from Juan's sister, Oyola, which Oyola allegedly incurred for her own medical care and that of her minor child.

11. Defendant left the following pre-recorded fully automated messages on Plaintiff's voice mail on her residential telephone in Broward County, Florida, on or about the dates stated:

**NOVEMBER 5, 2015 At 2:45 PM - pre-recorded message**
This message is for Ada Oyola. If we have reached the wrong number, please call us back at 877-786-0014 to remove your number. If you are not Ada Oyola, please disconnect immediately. You should listen to this message in private as it contains private information. I'll pause so you can. This is Matthew Goodchild from Windham

2

Professionals Inc., a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. Please contact me at 888-730-0043. Thank you.

**NOVEMBER 12, 2015 At 7:05 PM - pre-recorded message**
This message is for Ada Oyola. If we have reached the wrong number, please call us back at 877-786-0014 to remove your number. If you are not Ada Oyola, please disconnect immediately. You should listen to this message in private as it contains private information. I'll pause so you can. This is Matthew Goodchild from Windham Professionals Inc., a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. Please contact me at 888-730-0043. Thank you.

**NOVEMBER 24, 2015 At 5:52 PM - pre-recorded message**
This message is for Ada Oyola. If we have reached the wrong number, please call us back at 877-786-0014 to remove your number. If you are not Ada Oyola, please disconnect immediately. You should listen to this message in private as it contains private information. I'll pause so you can. This is Matthew Goodchild from Windham Professionals Inc., a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. Please contact me at 888-730-0043. Thank you.

**FEBRUARY 5, 2016 At 4:18 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**FEBRUARY 25, 2016 At 4:24 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**APRIL 5, 2016 At 5:37 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained

will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**APRIL 7, 2016 At 5:39 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**APRIL 12, 2016 At 5:34 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**APRIL 19, 2016 At 1:56 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JULY 21, 2016 At 2:54 PM - pre-recorded message**
Hello. This is a message for Ada Oyola. If we have reached the wrong number, please call 877-786-0010 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada, you should listen to this message in private as it contains private information. I'll pause so you can. This is Scott Stoutamyer with Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**AUGUST 4, 2016 At 5:41 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll

pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 800-878-4996. Thank you.

**SEPTEMBER 30, 2016 At 1:49 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**OCTOBER 4, 2016 At 4:12 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**OCTOBER 11, 2016 At 1:29 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**OCTOBER 18, 2016 At 12:35 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**OCTOBER 25, 2016 At 2:41 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**OCTOBER 31, 2016 At 11:39 AM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**NOVEMBER 3, 2016 At 2:11 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**NOVEMBER 8, 2016 At 2:10 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**NOVEMBER 10, 2016 At 3:02 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**NOVEMBER 15, 2016 At 12:55 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 800-878-4996. Thank you.

**NOVEMBER 21, 2016 At 1:59 PM - pre-recorded message**

Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**NOVEMBER 29, 2016 At 11:46 AM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**DECEMBER 1, 2016 At 11:34 AM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 10, 2017 At 3:56 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 12, 2017 At 12:23 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 18, 2017 At 12:47 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll

pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 19, 2017 At 12:08 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 24, 2017 At 2:42 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 26, 2017 At 1:34 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

**JANUARY 31, 2017 At 1:57 PM - pre-recorded message**
Hello. This message is for Ada Oyola. If this is the wrong number, please call 877-786-0014 to have it removed. If you are not Ada Oyola, please disconnect immediately. Ada Oyola, you should listen to this message in private as it contains private information. I'll pause so you can do so. This is Brian Ross from Windham Professionals Incorporated, a debt collector attempting to collect a debt and any information obtained will be used for that purpose. This is an important matter. Please contact me at 877-682-4845. Thank you.

12. Each of Defendant's messages are a "communication" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1341 (S.D. Fla. 2008).

13. Communications from a debt collector to non-obligated third parties are governed by 15 U.S.C. §1692b.

14. Because Juan is not obligated to Defendant or its client, the only communication Defendant is permitted make to her is for the purpose of acquiring location information about the consumer who actually is indebted and Defendant is permitted only *one* such communication, except in circumstances not present here. 15 U.S.C. §1692b.

15. The term "location information" includes the telephone number of the indebted consumer. 15 U.S.C. §1692a(7).

16. The FDCPA further requires a debt collector communicating with a third-party to disclose that it is confirming or correcting location information concerning the indebted consumer. 15 U.S.C. §1692b(1).

17. Defendant failed to state in its messages that it was confirming or correcting location information concerning a consumer.

18. There are no other provisions in the FDCPA allowing debt collectors to communicate with the public at large regarding the collection of debts.

19. In leaving its pre-recorded messages on Juan's voice mail, Defendant was seeking to correct location information i.e. the telephone number of Oyola, then present in its records, because it left instructions for Juan to follow to inform Defendant of whether or not it was telephoning the correct number: "If this is the wrong number, please call 877-786-0014 to have it removed." Should Juan follow Defendant's

instructions, and she is not obligated to do so, she would provide Defendant information about Oyola's correct telephone number by elimination.

20. Defendant knew that its messages were, or might be, communicated to third-parties, because it provided instructions for third-parties to follow upon receipt of the messages: If this is the wrong number, please call 877-786-0014 to have it removed."

21. Defendant's messages to Juan are clearly an attempt to correct the telephone number in its files for Oyola: "If this is the wrong number, please call 877-786-0014 to have it removed."

22. Importantly, 15 U.S.C. §1692b(3) prohibits a debt collector from communicating with a third-party more than once unless requested to do so by the third-party or if the third-party previously provided information about the indebted consumer that turns out to be erroneous or incomplete and the debt collector reasonably believes that the third-party now has correct or complete location information.

23. Defendant communicated with Juan on at least 31 occasions.

24. At no time did Juan provide Defendant with any information about the location of Oyola and thus Defendant's repeated messages are not an attempt to confirm or correct previously provided location information.

25. Defendant's pre-recorded messages impermissibly attempt to satisfy two separate requirements of the FDCPA: one standard applicable to communications with indebted consumers, in the event that the recipient is in fact an indebted consumer, and another standard applicable to communications to unobligated third-parties, in the event that the recipient turns out to be an unobligated third-party. As another Court has held:

10

> But *Foti* found that debt collectors who use automated messages do so at the peril of violating the FDCPA, either by not leaving enough information for the debtor in violation of §§ 1692d(6) and 1692e(11), or by leaving too much information for a possible third party in violation of § 1692c(b). See id. at 658-59. Debt collectors have no entitlement to use automated messages to reach debtors, and courts have no obligation to harmonize different provisions of the FDCPA so that debt collectors may use an inherently risky method of communication. See id. at 659-60 (citing *Russell v. Equifax A.R.S.*, 74 F.3d 30, 35 (2nd Cir. 1996))

*Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1343 (S.D. Fla. 2008)

26. Because Juan is not obligated to Defendant or its client, the FDCPA shields her as an unobligated third-party from repeated calls from debt collectors attempting to correct telephone numbers in its records for the indebted consumer.

27. Because Juan is not obligated to Defendant or its client, the FDCPA prohibits Defendant from communicating with Plaintiff more than once. 15 U.S.C. §1692b. Defendant violated that prohibition when it communicated with Plaintiff on 31 occasions.

28. Because Juan is not obligated to Defendant or its client, the FDCPA restricts the communications Defendant can make her to very limited circumstances and Defendant exceeded those restrictions.

29. Defendant's repeated calls infringed on Juan's privacy and seclusion, and created distress and other actual damages.

30. Juan heard Defendant's telephone messages.

31. Oyola did not authorize Defendant to communicate with Juan.

32. No court authorized Defendant to communicate with Juan regarding Oyola.

33. Juan had no legitimate business need for the information communicated in the telephone messages.

34. Defendant knew or had reason to know that unauthorized persons with no legitimate business need for the information contained in its fully automated, pre-recorded messages may hear the messages.

35. The messages communicate information affecting Oyola's reputation, which Defendant damaged.

## COUNT I
## REPEATED CALLS TO AN UNOBLIGATED THIRD-PARTY, JUAN

36. Plaintiff, Juan, incorporates Paragraphs 1 through 35.

37. Defendant communicated more than once with Juan in violation of 15 U.S.C. §1692b.

WHEREFORE, Juan requests that the Court enter judgment in her favor and against Defendant for:

    a. Damages, both statutory and actual;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO DISCLOSE CONFIRMING OR CORRECTING INFORMATION ABOUT A CONSUMER WHEN CALLING A THIRD-PARTY, JUAN

38. Plaintiff, Juan, incorporates Paragraphs 1 through 35.

39. Defendant failed to state in its messages to Juan that it was confirming or correcting information about a consumer in violation of 15 U.S.C. §1692b(1).

WHEREFORE, Juan requests that the Court enter judgment in her favor and against Defendant for:

    a.    Damages, both statutory and actual;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## UNAUTHORIZED COMMUNICATION WITH A THIRD PARTY IN VIOLATION OF THE FDCPA REGARDING OYOLA

40.    Plaintiff, Oyola, incorporates Paragraphs 1 through 35.

41.    Defendant communicated with a third party, Juan, in connection with the collection of the alleged debt in violation of 15 U.S.C. §1692c(b).

WHEREFORE, Oyola requests the Court enter judgment in her favor and against Defendant for:

    a.    Damages, both statutory and actual;

    b.    Attorney's fees, costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## UNAUTHORIZED COMMUNICATION WITH A THIRD PARTY IN VIOLATION OF THE FCCPA REGARDING OYOLA

42.    Plaintiff, Oyola, incorporates Paragraphs 1 through 35.

43.    Defendant communicated information affecting Oyola's reputation to a third party who had no legitimate business need for the information in violation of Fla. Stat. §559.72(5).

WHEREFORE, Oyola requests the Court enter judgment in her favor and against Defendant for:

    a.    Damages, both statutory and actual;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## DECLARATORY RELIEF AND PERMANENT INJUNCTION REGARDING OYOLA

44. Plaintiff, Oyola, incorporates Paragraphs 1 through 35.

45. Pursuant to 28 U.S.C §§2201 and 2202, Oyola seeks a declaration that Defendant's communications to an unauthorized person, Juan, are in violation of the FCCPA.

46. Oyola seeks a permanent injunction prohibiting Defendant from communicating with Juan.

WHEREFORE, Oyola requests that the Court enter judgment:

    a.    declaring that Defendant's practices violate the FCCPA;

    b.    permanently injoining Defendant from engaging in the violative practices;

    c.    Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiffs demand trial by jury.

                                      DONALD A. YARBROUGH, ESQ.

        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        don@donyarbrough.com


By: s/ Donald A. Yarbrough
     Donald A. Yarbrough, Esq.
     Florida Bar No. 0158658